UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

*Pro se* Plaintiff Stanley Jones
2322 Springdale Lane
Waldorf, MD 20603

*Pro se* Plaintiff Debra Jones
2322 Springdale Lane
Waldorf, MD 20603

FROM: Judge Peter J. Messitte

RE: Jones et al v. Nationstar Mortgage Company
Civil Case No. 14-2888

DATE: December 1, 2014

\*\*\*\*\*\*

On September 18, 2014, Defendant Nationstar Mortgage Company ("Nationstar") filed a Motion to Dismiss for Failure to State a Claim [Paper No. 8]. On November 2, the Court granted Plaintiffs' Motion for an extension of time to file a response to Nationstar's Motion to Dismiss [Paper No. 11]. Although Plaintiffs' response to Nationstar's Motion was due on October 10, 2014, they have yet to file papers or otherwise respond to the Motion.

The Court will give Plaintiffs **20 DAYS** from the date of entry of this Order to file a written response to Nationstar's Motion to Dismiss. If Plaintiffs fail to respond within the stated 20-day timeframe, the Court will rule on Nationstar's Motion without a response from Plaintiffs.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly. The Clerk SHALL MAIL a copy of this Order to Plaintiffs Stanley Jones and Debra Jones.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE